**Benigno Memije CARBEJAL, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–76980.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 8, 2008.

Benigno Memije Carbejal, Riverside, CA, pro se.

CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Kurt B. Larson, Esquire, Margot L. Na-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

del, Esquire, Stacy S. Paddack, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

MEMORANDUM **

Benigno Memije Carbejal, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence the agency's continuous physical presence determination. *Ibarra–Flores v. Gonzales*, 439 F.3d 614, 618 (9th Cir.2006). We deny the petition for review.

Substantial evidence supports the agency's determination that Memije Carbejal did not meet the continuous physical presence requirement where the record includes a Departure Verification form and a Notice and Order of Expedited Removal. *See Juarez–Ramos v. Gonzales*, 485 F.3d 509, 512 (9th Cir.2007) (an expedited removal order interrupts an alien's continuous physical presence for cancellation purposes).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

